# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL DANSINGHANI,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB, ETC.**
Appellee.

No. 4D21-1434

[December 2, 2021]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 17-000736 (11).

Michael Dansinghani, Pembroke Pines, pro se.

David Yehuda Rosenberg and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***